IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § |
| | §   CRIMINAL NO. 3:13-CR-94-L |
| CHARLES WILSON ALLEN | § |

**REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Pursuant to the referral of the presiding district judge, Doc. 49, Defendant **CHARLES WILSON ALLEN** appeared before the undersigned on allegations in *Petition for Offender Under Supervision*, Doc. 37, and *Addendum to Petition for Person Under Supervision*, Doc. 56, that he violated the terms of his conditional release. On this date, a hearing was held at which Defendant appeared in person and by counsel, Assistant Federal Public Defender John Nicholson. The Government appeared by and through Assistant United States Attorney Walt Junker.

Based on the evidence presented, the agreement of counsel for the parties, and the applicable law, it is recommended that Defendant's conditional release <u>not be revoked</u>. It is further recommended that Defendant's terms of conditional release, Doc. 36 at 5-7, be amended to provide as follows:

1. Mr. Allen shall only reside at Heaven's Gate Boarding House in Irving, Texas. Mr. Allen shall not change his residence without the advance approval of the supervising United States probation officer.

2. Mr. Allen shall submit to a mental health examination and evaluation as directed by the supervising United States probation officer.

3. In all other respects, the Court's Order setting the conditions of Mr. Allen's conditional release, Doc. 36, shall remain in full force and effect.

**SO RECOMMENDED** on November 13, 2023.

RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE