IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | Criminal Case No.: 3:13-CR-94-L |
| CHARLES WILSON ALLEN § | |

## **ORDER**

The court referred the request for revocation of Defendant Charles Wilson Allen's ("Defendant") Supervised Release to United States Magistrate Judge Renee Toliver to make findings and a recommendation for modification, revocation, or termination of Defendant's term of supervised release, including a recommended disposition under 18 U.S.C. § 3583(e) (Doc. 49). The court has received the Report and Recommendation of the United States Magistrate Judge ("Report") (Doc. 59), and Defendant's Response (Doc. 60) stating: "The defense reviewed the report, does not object to it, and asks the [c]ourt to adopt it." Defendant having waived allocution before this court and having accepted the Report, the court determines that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ordered** that the Magistrate Judge's Report is **accepted** as those of the court. It is further **ordered** that Defendant be continued on conditional release, and:

1. Defendant shall only reside at Heaven's Gate Boarding House in Irving, Texas. Defendant shall not change his residence without advance approval of the supervising United States probation officer; and

2. Defendant shall submit to a mental health examination and evaluation as directed by the supervising United States probation officer.

In all other respects, the court's Memorandum Opinion and Order of June 26, 2015 (Doc. 36), setting the conditions of Defendant's conditional release, shall remain in full force and effect.

**It is so ordered** this 16th day of November, 2023.

_____
Sam A. Lindsay
United States District Judge